■ In the Matter of WATERTOWN HOUSING AUTHORITY, Respondent, v DENISE WALCOTT, Appellant. [855 NYS2d 390]—Appeal from an order of the Jefferson County Court (Kim H. Martusewicz, J.), dated December 7, 2006. The order, among other things, affirmed a judgment of the Watertown City Court (Eugene Renzi, J.), entered March 23, 2006 in favor of petitioner in an eviction proceeding.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the

decision at County Court. Present—Scudder, P.J., Centra, Lunn, Fahey and Green, JJ.